# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

KRISTINE WILMER,

               Petitioner

        v.

ALEXANDRA S. BETHMAN AND ANDREW
BETHMAN AND ARTHUR W. WATKINS,

           Respondents

:  No. 59 EAL 2023
:
:
:
:  Petition for Allowance of Appeal
:  from the Order of the Superior Court
:
:
:
:
:
:
:
:

## <u>ORDER</u>

**PER CURIAM**

     **AND NOW**, this 9th day of August, 2023, the Petition for Allowance of Appeal is **DENIED**.